IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-33742 |
| | ) | |
| | ) | CHAPTER 13 |
| CARLOS O. FELICIANO | ) | |
| ELVIRA FELICIANO | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| | ) | |
| DEBTORS. | ) | 1/07/2015 at 9:00am |

## NOTICE OF HEARING

To:  Patrick S. Layng, U.S. Trustee; via electronic notice
CT Corporation System, 208 S. LaSalle St. Suite 814, Chicago, IL 60604
AND TO ALL CREDITORS ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that Debtor's counsel, Thomas W. Toolis, has made a motion to the Court for an order disallowing the proof of claim #18 filed by Real Time Resolutions, Inc.. A copy of the objection to proof of claim and proposed order are attached.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on said motion on January 7, 2015 at 9:00 am before Judge Pamela S. Hollis or whoever is presiding in said Judge's stead at the following address: 219 S. Dearborn, Courtroom 644, Chicago, IL.

/s/Thomas W. Toolis
Thomas W. Toolis

FRANKFORT LAW GROUP
Thomas W. Toolis (#6270743)
Firm # 44138
10075 W. Lincoln Highway
Frankfort, IL 60423
Attorneys for Debtor(s)
(708) 349-9333 (telephone)
(708) 349-8333 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that (s)he served the above-listed document to the above-listed party via U.S. Mail with proper postage prepaid by depositing said document in the mail located at 10075 W. Lincoln Highway, in Frankfort, IL 60423 on November 19, 2014.

/s/Thomas W. Toolis

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 12-33742<br>Northern District of Illinois<br>Chicago<br>Mon Nov 17 15:31:56 CST 2014 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Advocate Christ Hospital<br>4400 West 95th Street<br>Oak Lawn, IL 60453-2654 | Afni, Inc.<br>Attn: Bankruptcy<br>Po Box 3097<br>Bloomington, IL 61702-3097 |
| Alivio Medical Center<br>P.O. Box 88487<br>Dept. A<br>Chicago, IL 60680-1487 | Alliance One<br>8589 Aero Dr.<br>San Diego, CA 92123-1703 | Archer Family Medical Group<br>6649 W. Archer Ave.<br>Chicago, IL 60638-2419 |
| Armor Systems Co<br>1700 Kiefer Dr<br>Zion, IL 60099-5105 | Arnold Scott Harris PC<br>222 Merchandise Mart Plazq, Suite 1<br>Chicago, IL 60654-1103 | Ars Account Resolution<br>1801 Nw 66th Ave Ste 200<br>Plantation, FL 33313-4571 |
| Asset Acceptance LLC / Assignee / Harlem Fur<br>Po Box 2036<br>Warren MI 48090-2036 | Asset Acceptance Llc<br>Attention: Bankruptcy<br>Po Box 2036<br>Warren, MI 48090-2036 | BHS Digestive Diseases<br>2591 Paysphere Circle<br>Chicago, IL 60674-0025 |
| CAPITAL ONE, N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 | CEP America<br>P.O. Box 582663<br>Modesto, CA 95358-0070 | Capio Partners Llc<br>2222 Texoma Pkwy Ste 150<br>Sherman, TX 75090-2481 |
| Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95476-7503 | Check Systems, Inc.<br>Attn: Customer Relations<br>7805 Hudson Road, Ste 100<br>Woodbury, MN 55125-1703 |
| Chicago Department of Finance<br>Accounts Receivable Division<br>121 N. LaSalle Street, Rm 107A<br>Chicago, IL 60602-1232 | Children's Memorial Hospital<br>P.O. Box 4066<br>Carol Stream, IL 60197-4066 | Children's Surgical Foundation<br>35422 Eagle Way<br>Chicago, IL 60678-1354 |
| Christ Hospital<br>4440 W. 95th Street<br>Oak Lawn, IL 60453-2699 | City of Chicago Department of Revenue c/o<br>Arnold Scott Harris PC<br>222 Merchandise Mart Plaza Ste. 1932<br>Chicago,IL 60654-1420 | Cmre Financial Services Inc<br>3075 E Imperial Hwy<br>Suite 200<br>Brea, CA 92821-6753 |
| Codilis & Associates, PC<br>15W030 North Frontage Road, Ste 100<br>Willowbrook, IL 60527-6921 | Collectron Of Atlanta/Carter-Young<br>Attention: Bankruptcy<br>P.O. Box 82269<br>Conyers, GA 30013-9433 | Complete Collection Service<br>1007 N. Federal Hwy<br>280<br>Fort Lauderdale, FL 33304-1422 |

Computer Credit, Inc.
640 West fourth Street
Winston Salem, NC 27101-2730

Cook County Treasurer
118 N. Clark, Room 112
Chicago, IL 60602-1590

Cook County Treasurer
PO Box 4488
Carol Stream, IL 60197-4488

Cutco
1116 E. State St.
Olean, NY 14760-3814

Dependon Collection Se
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60522-4833

Dr. Patricia Boatwright
1725 Harrison St.
Suite 351
Chicago, IL 60612-3852

ER Soluntions, Inc.
800 SW 39th Street
PO Box 9004
Renton, WA 98057-9004

Enhanced Recovery
P.O. Box 1967
Southgate, MI 48195-0967

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 9701
Allen, TX 75013-9701

FFAM c/o JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-7999

Gastroenterology Consultants
4700 Sheridan St.
Hollywood, FL 33021-3420

General Revenue
325 Daniel Zenker
Horseheads, NY 14845-1008

HRRG
P.O. Box 189053
Plantation, FL 33318-9053

ICS
PO Box 1010
Tinley Park, IL 60477-9110

Ic Systems Inc
Po Box 64378
St. Paul, MN 55164-0378

Illinois Student Assistance Commission
1755 Lake Cook Rd
Deerfield, IL 60015-5209

Inphynet South Broward
P.O. Box 740022
Cincinnati, OH 45274-0022

JBC Legal Group, PC
2 Broad Street, 6th Floor
Bloomfield, NJ 07003-2547

Javier Diaz
6419 S. Lamon
Chicago, IL 60638-5823

KCA Financial Services, Inc.
628 North Street
Geneva, IL 60134-1356

Laboratory Corp. of America Holding
P.O. Box 2240
Burlington, NC 27216-2240

Law Offices of Mitchell N. Kay PC
PO Box 2374
Chicago, IL 60690-2374

Lincoln Park Hospital
1738 Solutions Center
Chicago, IL 60614

MN Anesthesia, LLC
P.O. Box 631
Lake Forest, IL 60045-0631

Marquette Radiology Assoc.
P.O. Box 2153
Bedford Park, IL 60499-2153

Matthew Taub
601 N. Flamingo Rd.
Ste 403B
Hollywood, FL 33028-1011

Mbb
1460 Renaissance D
Park Ridge, IL 60068-1331

McGrath Clinic, SC
14400 South John Humphrey Dr., 20
Orland Park, IL 60462-2899

Med Busi Bur
1460 Renaissance D
Park Ridge, IL 60068-1349

| | | |
|---|---|---|
| Memorial Healthcare System<br>2900 Corporate Way<br>Hollywood, FL 33025-3925 | Memorial Hospital West<br>P.O. Box 2858<br>Raleigh, NC 27602-2858 | Merchant's Credit Guide<br>223 W. Jackson Blvd.<br>Chicago, IL 60606-6908 |
| Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606-6974 | Municollofam<br>3348 Ridge Road<br>Lansing, IL 60438-3112 | National Asset Managment<br>Enterprises, Inc.<br>PO Box 724557<br>Atlanta, GA 31139-1557 |
| National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 | Pathology Consultants<br>5755 Hoover Blvd.<br>Tampa, FL 33634-5340 | Physicians Plus Berwyn<br>3239 Grove Ave.<br>Suite 202<br>Berwyn, IL 60402-3410 |
| Quantum3 Group LLC as agent for<br>Capio Partners LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quest Diagnostics<br>PO Box 64804<br>Baltimore, MD 21264-4804 | Radiology Associates of Hollywood<br>9050 Pines Blvd.<br>Suite 200<br>Hollywood, FL 33024-6456 |
| Radiology Associates of Hollywood<br>Carter-Young Inc<br>1500 Klondike Road Ste A-210<br>Conyers, GA 30094-5116 | (p)REAL TIME RESOLUTIONS INC<br>PO BOX 36655<br>DALLAS TX 75235-1655 | Revenue Recovery Corp<br>612 S Gay St<br>Knoxville, TN 37902-1630 |
| Rush University<br>1700 W. Van Buren St.<br>Chicago, IL 60612-5500 | Southwest Credit Systems<br>5910 W. Plano Parkway<br>Suite 100<br>Plano, TX 75093-2202 | Stanisccontr<br>914 14th St<br>Modesto, CA 95354-1011 |
| Suburban Surgical Assoc.<br>4647 W. Lincoln Highway<br>Matteson, IL 60443-2319 | Time Magazine<br>P.O. Box 60001<br>Tampa, FL 33660-0001 | TransUnion Consumer Solutions<br>P.O. Box 2000<br>Chester, PA 19016-2000 |
| Transworld Systems<br>25 Northwest Point Blvd., #750<br>Elk Grove Village, IL 60007-1058 | VION HOLDINGS, LLC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999<br>Orig By: VANGUARD HEALTH MANAGEMEN | Wells Fargo Bank NA<br>Wells Fargo Education Financial Services<br>301 E 58th Street N<br>Sioux Falls   SD 57104-0422 |
| West Asset Managment<br>PO Box 724557<br>Atlanta, GA 31139-1557 | West Suburban Medical Center<br>3 Erie Court<br>Oak Park, IL 60302-2599 | Carlos O Feliciano<br>6419 S. Lamon<br>Chicago, IL 60638-5823 |
| Elvira Feliciano<br>6419 S. Lamon<br>Chicago, IL 60638-5823 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-33742 |
| | ) | |
| | ) | CHAPTER 13 |
| CARLOS O. FELICIANO | ) | |
| ELVIRA FELICIANO | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| | ) | |
| DEBTORS. | ) | 1/07/2015 at 9:00am |

### DEBTOR'S OBJECTION TO PROOF OF CLAIM #18
### FILED BY REAL TIME RESOLUTIONS, INC.

**NOW COMES** the Debtors, Carlos O. Feliciano and Elvira Feliciano, by and through their attorney, Thomas W. Toolis, and files this objection to the claim filed by the above named creditor and in support hereof would show the following:

1. The debtor objects to the creditor's claim.

2. Real Time Resolutions, Inc. filed a claim in the amount of $32,330.77. *See Exhibit A*

3. The Debtor does not owe this debt.

4. A foreclosure sale occurred on March 8, 2011. *See Exhibit B*

5. The was no in personam deficiency award, and therefore Real Time Resolutions, Inc. is not entitled to any payment under this plan.

**WHEREFORE**, the debtor prays of the Court as follows:

A. That the claim should be entirely disallowed unless the creditor provides proof of late fees, over limit fees, finance charges, attorney fees, interest, the interest rates used to compute the alleged balance and a breakdown of the elements used to compute the alleged balance and a breakdown of the elements used in each of the calculations;

B. That the Debtor has such other and further relied as the Court may deem just and proper.

November 19, 2014

/s/ Thomas W. Toolis
Thomas W. Toolis
Attorney for Debtor
10075 West Lincoln Highway
Frankfort, Illinois 60423
(708) 349-9333 – Phone
(708) 349-8333 – Fax
6270743