**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　Carlos O Feliciano<br>　　Elvira Feliciano<br>　　　　　　Debtor(s) | Case No. 12 B 33742 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/24/2012.

2) The plan was confirmed on 11/14/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Completed on 12/02/2016.

6) Number of months from filing to last payment: 51.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $90,051.80.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $17,758.00 |
| Less amount refunded to debtor | $1,021.20 |

**NET RECEIPTS:** $16,736.80

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $628.83 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $628.83

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Accounts Receivable Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 97.46 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| Alivio Medical Center | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 43.49 | NA | NA | 0.00 | 0.00 |
| Archer Family Medical | Unsecured | 127.04 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Ars | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| Ars | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 4,720.00 | 4,791.81 | 4,791.81 | 4,791.81 | 0.00 |
| BHS Digestive Disease | Unsecured | 341.87 | NA | NA | 0.00 | 0.00 |
| Carter-Young Inc | Unsecured | 218.20 | 218.20 | 218.20 | 218.20 | 0.00 |
| CEP American-Illinois PC | Unsecured | 135.35 | NA | NA | 0.00 | 0.00 |
| Chase Receivables | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| Children's Memorial Hospital | Unsecured | 121.95 | NA | NA | 0.00 | 0.00 |
| Children's Surgical Foundation | Unsecured | 154.86 | NA | NA | 0.00 | 0.00 |
| Christ Hospital | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,202.00 | 2,093.40 | 2,093.40 | 2,093.40 | 0.00 |
| CMRE Financial Svcs | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| Complete Collision Center | Unsecured | 374.22 | NA | NA | 0.00 | 0.00 |
| Computer Credit Service Corp | Unsecured | 171.95 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | NA | 661.92 | 661.92 | 0.00 | 0.00 |
| Cook County Treasurer | Priority | 2,623.18 | NA | NA | 0.00 | 0.00 |
| Cutco Supply Co | Unsecured | 48.91 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| Dr Patricia Boatwright | Unsecured | 493.59 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 351.99 | NA | NA | 0.00 | 0.00 |
| ER Solutions | Unsecured | 129.25 | NA | NA | 0.00 | 0.00 |
| General Revenue Corp | Unsecured | 40.83 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 41.81 | NA | NA | 0.00 | 0.00 |
| IC Systems Inc | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IC Systems Inc | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 106.50 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 30,853.00 | 30,624.97 | 30,624.97 | 0.00 | 0.00 |
| JBC & Associates | Unsecured | 329.29 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 138.00 | 138.67 | 138.67 | 138.67 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 259.44 | 259.44 | 259.44 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 367.18 | 367.18 | 367.18 | 0.00 |
| Laboratory Corporation Of America | Unsecured | 300.46 | NA | NA | 0.00 | 0.00 |
| Lincoln Park | Unsecured | 222.57 | NA | NA | 0.00 | 0.00 |
| Marquette Radiology Associates | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Matthew Taub | Unsecured | 145.18 | NA | NA | 0.00 | 0.00 |
| MBB Inc | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| McGrath Clinic SC | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Memorial Hospital | Unsecured | 810.74 | NA | NA | 0.00 | 0.00 |
| Memorial Hospital | Unsecured | 289.30 | NA | NA | 0.00 | 0.00 |
| Memorial Hospital | Unsecured | 236.45 | NA | NA | 0.00 | 0.00 |
| Memorial Hospital | Unsecured | 410.11 | NA | NA | 0.00 | 0.00 |
| Merchants | Unsecured | 47.48 | NA | NA | 0.00 | 0.00 |
| Merchants | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| Merchants | Unsecured | 26.40 | NA | NA | 0.00 | 0.00 |
| MN Anesthesia | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| National Asset Management | Unsecured | 11,766.36 | NA | NA | 0.00 | 0.00 |
| National Enterprise System | Unsecured | 737.51 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants Inc | Unsecured | 1,138.20 | NA | NA | 0.00 | 0.00 |
| Physicians | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 306.37 | 306.37 | 306.37 | 0.00 |
| Quantum3 Group | Unsecured | 373.00 | 373.92 | 373.92 | 373.92 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 32.40 | 32.40 | 32.40 | 0.00 |
| Quantum3 Group | Unsecured | NA | 111.53 | 111.53 | 111.53 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 44.00 | 44.00 | 44.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 140.74 | 140.74 | 140.74 | 0.00 |
| Quantum3 Group | Unsecured | 670.00 | 670.00 | 670.00 | 670.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| Real Time Resolutions Inc | Unsecured | 32,330.00 | 32,330.77 | 32,330.77 | 6,560.31 | 0.00 |
| Revenue Recovery | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rush University | Unsecured | 217.95 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 156.72 | NA | NA | 0.00 | 0.00 |
| Time Magazine | Unsecured | 34.95 | NA | NA | 0.00 | 0.00 |
| Transworld System | Unsecured | 168.96 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Education Financial Services | Unsecured | 26,393.58 | 22,334.22 | 22,334.22 | 0.00 | 0.00 |
| Wells Fargo Education Financial Services | Unsecured | 0.00 | 18,344.78 | 18,344.78 | 0.00 | 0.00 |
| West Suburban Healthcare | Unsecured | 24.64 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $661.92 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$661.92** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$113,182.40** | **$16,107.97** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $628.83 |
| Disbursements to Creditors | $16,107.97 |
| **TOTAL DISBURSEMENTS :** | **$16,736.80** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/06/2017            By: /s/ Marilyn O. Marshall
                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**